# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Michael Fenton et al., | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: John R. Tunheim |
| Plaintiffs, | ) | U.S. District Judge |
| | ) | |
| v. | ) Case No: | 07-4864 (JRT/FLN ) |
| | ) Date: | September 13, 2010 |
| Farmers Insurance Exchange, | ) Court Reporter: | Dawn Hansen |
| | ) Time Commenced: | 3:33 pm |
| Defendant. | ) Time Concluded: | 3:45 pm |
| | ) Time in Court: | 12 Minutes |

Telephone Hearing on: **Status of Case**

APPEARANCES:

    Plaintiff: Matthew Morgan, Reena Desai
    Defendant: Andrew Paley, George Preonas, Frederick Finch

PROCEEDINGS:

☒   Parties discussed the status of the case. The California Supreme Court has not yet issued a date for oral argument for *Brinkley v. Public Storage*. Defendants will notify the Court once that hearing is scheduled.

IT IS ORDERED:

☒   A status conference for this case will be scheduled for January 6, 2011 at 1:30 pm.
☒

s/Holly McLelland<br>Calendar Clerk